PROB 12B
(7-93)

Report Date: December 8, 2011

# United States District Court

## for the

### Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Derick Hughes | Case Number: 2:11CR00055-001 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 10/7/2011 | Type of Supervision: Probation |
| Original Offense: Burglary of a United States Post Office, 18 U.S.C. § 2115; Mail Theft, 18 U.S.C. § 1708; Theft of Government Property, 18 U.S.C. § 641 | Date Supervision Commenced: 10/7/2011 |
| Original Sentence: Probation - 36 Months | Date Supervision Expires: 10/6/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On November 30, 2011, Derick Hughes left this officer a voice mail indicating he could not keep his counseling appointment scheduled for this same date with his therapist at Pioneer Human Services (PHS) in Spokane, Washington. It should be noted that the offender also missed a counseling session at PHS on December 18, 2011.

This officer met with the offender's therapist at PHS on December 6, 2011. Derick Hughes was subsequently contacted by telephone by his therapist and this officer. Mr. Hughes revealed that on December 4, 2011, he pushed his mother, after she had pushed him. He also indicated that he hit, and subsequently broke a mirror, at his mother's apartment as he left the premises. He indicated that he had been living with his maternal grandmother in Cusick, Washington, due to being charged with fourth degree assault and third degree malicious mischief. He also advised that a no-contact order had been filed in Pend Oreille County District Court on December 5, 2011. This order prohibits Derick Hughes from having contact with his mother, Ginger Hughes, until December 5, 2012. This officer directed the offender to report to PHS on December 7, 2011, to meet with this officer and his therapist.

Mr. Hughes reported to PHS on December 7, 2011, as directed. Mr. Hughes provided proof of his pending domestic violence case in Pend Oreille County District Court (case #CR6199 and CR8052). His arraignment in this matter is scheduled for December 14, 2011. Mr. Hughes' paternal grandmother transported him to Spokane. She confirmed he has no place to live and is indigent. The offender requested to be placed at the residential reentry center (RRC)

Prob 12B
Re: Hughes, Derick
December 8, 2011
Page 2

in Spokane, Washington. This officer made arrangements with the Union Gospel Mission (UGM) in Spokane to house the offender in the interim. Prior to the offender being transported to UGM by his maternal grandmother, he submitted to a random urinalysis test at PHS. The sample tested presumptive positive for marijuana (THC). Mr. Hughes was questioned about this test result. He denied using THC, but did reveal he found a roach clip at his mother's apartment.

On December 8, 2011, a Pend Oreille County Sheriff's report had been requested in reference to the domestic violence charges pending against Derick Hughes. The report has not yet been received.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/08/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/8/2011
Date