PROB 12B
(7.93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Derick Hughes					Case Number: 2:11CR00055-JLQ-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011					Type of Supervision: Supervised Release

Original Offense: Burglary of a United States Post Office, 18 U.S.C. § 2115; Mail Theft, 18 U.S.C. § 1708; Theft of Government Property, 18 U.S.C. § 641					Date Supervision Commenced: May 3, 2013

Original Sentence: Prison -Probation - 36 months					Date Supervision Expires: May 2, 2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

Mr. Hughes was originally ordered by the Court to reside in the residential reentry center (RRC) for up to 180 days, as a condition of supervision. He began his time at the RRC on May 3, 2013. However, due to outstanding warrants, he was terminated from the RRC on May 15, 2013.

Mr. Hughes resolved these outstanding warrants, but has remained homeless since his release in May 2013. He attempted to secure housing and employment through programs in the community, however, has been unsuccessful on his own. Due to Mr. Hughes being at the RRC for only 12 days, he was unable to receive the benefits of this condition of supervision. Additionally, Mr. Hughes has continued to use marijuana while in the community, and has had several violations for drug use. Due to this situation, Mr. Hughes is willing to participate in the RRC program so that he can obtain employment and housing, and benefit from the increased structure that the RRC can provide.

It should be noted, although Mr. Hughes had the RRC condition previously ordered, the Bureau of Prisons' representative advised that because Mr. Hughes did spend a period of time at the RRC initially, this condition was considered satisfied. Additionally, the representative advised that Mr. Hughes' conditions of supervision would have to be modified in order to add this condition again.

Prob 12B
**Re: Hughes, Derick
January 3, 2014
Page 2**

Respectfully submitted,

by　s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer
Date: January 3, 2014

## THE COURT ORDERS

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above
- [X] The Modification of Conditions as Noted Above
- [ ] Other

Signature of Judicial Officer

Date 1/3/2014