PROB 12C
(7/93)

Report Date: August 5, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derick Hughes                Case Number: 2:11CR00055-JLQ-1

Address of Offender: 

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Burglary of a United States Post Office, 18 U.S.C. § 2115; Mail Theft, 18 U.S.C. § 1708; Theft of Government Property, 18 U.S.C. § 641; | |
| Original Sentence: | Probation 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: May 3, 2013 |
| Defense Attorney: | Jay McEntire | Date Supervision Expires: May 2, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 15**: You shall undergo an alcohol and substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On December 23, 2013, Mr. Hughes was scheduled for a chemical dependency assessment. Mr. Hughes missed this appointment and was rescheduled for December 31, 2013. On May 24, 2014, Mr. Hughes missed his first session of treatment. In addition, Mr. Hughes missed treatment on June 7, and July 12, 19, 26, 2014, resulting in his discharge from treatment on July 30, 2014, for failure to attend.

Prob12C
Re: Hughes, Derick
August 5, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/05/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/5/2014
Date